**FILED**

**DEC 1 0 2020**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,  )
)
Plaintiff,  )
)
v.  )  No.    **4:20CR00781 RWS/DDN**
)
DARRELL GILKEY,  )
)
Defendant.  )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about September 19, 2020, in the City of St. Louis, within the Eastern District of
Missouri,

**DARRELL GILKEY,**

the Defendant herein, acting with another, with intent to cause death and serious bodily harm, did
take from the person and presence of another, by force, violence, and intimidation, a motor vehicle,
that is, a 2019 Dodge Charger, VIN#1NXBR32E86Z610315, that had been transported in
interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under
Title 18, United States Code, Section 2119(1).

### COUNT TWO

On or about September 19, 2020, in the City of St. Louis, within the Eastern District of
Missouri,

**DARRELL GILKEY,**

the Defendant herein, acting with another, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DONALD S. BOYCE, #6282562IL
Assistant United States Attorney